DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**URI OSTROVSKY,**
Appellant,

v.

**AMERICAN SECURITY INSURANCE COMPANY** and **REAH REVIVI,**
Appellees.

No. 4D2023-1943

[March 6, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Robinson, Judge; L.T. Case No. CACE21009243.

Matthew Z. Karim, Fort Lauderdale, for appellant.

Julissa Rodriguez of Shutts & Bowen, Miami, and Sara Levy and Oliver Sepulveda of Shutts & Bowen LLP, Fort Lauderdale, for appellee American Security Insurance Company.

PER CURIAM.

*Affirmed. See Reconco v. Integon Nat'l Ins. Co.*, 312 So. 3d 914, 918 (Fla. 4th DCA 2021); *Se. Ftd. Ins. Co. v. Suwannee Lumber Mfg. Co.*, 411 So. 2d 950, 951 (Fla. 1st DCA 1982).

WARNER, LEVINE and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***